**STATE of Missouri, Respondent,**

v.

**William E. BURKE, Appellant.**

**No. WD 37308.**

Missouri Court of Appeals,
Western District.

Sept. 9, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 25, 1986.

Application to Transfer Denied
Nov. 18, 1986.

Sean O'Brien, Public Defender, Todd Wilhelmus, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and SHANGLER and KENNEDY, JJ.

## ORDER

PER CURIAM.

Appeal from conviction of tampering in the first degree, § 569.180(2), RSMo 1978, and sentence of four years' imprisonment.

Judgment affirmed. Rule 30.25(b).